# DEBRA A. GOLDSMITH, PH.D.
## Adult, Juvenile Clinical and Forensic Psychology

*11309 Thonotosassa Road    Thonotosassa, FL 33592    Office: (813) 278-8128   Fax: (813) 278-8129*

June 4, 2025

Attorney Stephen Consuegra
Federal Defender's Office
400 N. Tampa St, Suite 2700
Tampa, FL  33602

### REPORT OF PSYCHOLOGICAL EVALUATION

Re:         Jessie Taylor
Case#:      8:24-CR-314VMC-AAS

Dear Attorney Consuegra:

### REFERRAL INFORMATION

A clinical/legal evaluation was conducted on this defendant on May 31, 2025, at the Hernando County jail located in Brooksville, Florida. The defendant was informed that his attorney had requested a psychological evaluation and that my findings would be reported to the Defense Attorney assigned to his case.  The defendant appeared capable of understanding this information. The defendant is being evaluated for mental health mitigation.

The defendant's indictment indicates charges for sex trafficking a minor.

### BACKGROUND INFORMATION

The defendant is a 43-year-old male.  He reported being born in Tampa, Florida.  He has lived in FL all his life.  He has never been married and has 4 children.  His 7 month and 1 year old children are in foster care and his 9-year-old, and 16-year-old children live with their mothers. The defendant was living by himself prior to his arrest.  He completed the 9th grade and dropped out of school because of financial issues and a death in the family.  He can read and write.  He denied repeating grades or being in special education classes.  He has worked off and on for the past 3 years for a concrete company as a laborer.  He denied receiving disability benefits.  He never served in the military.  He reported being unconscious after being hit by a motor vehicle in 1st grade.  He denied having a significant medical history or having surgery.  He is being prescribed psychotropic medication.

Re: Jessie Taylor
Page 2

**BACKGROUND INFORMATION cont.**

The defendant reported being raised by his grandmother (deceased). His grandmother was a housewife. He reported that his biological mother had him when she was a teenager and was unable to care for him. He moved in with his mother at age 14, after his grandmother died. His mother works in childcare. He reported having a good relationship with his father as a child but then his father left the state and didn't reappear until the defendant was 40 years old. He stated that his father is currently incarcerated. He reported having a good relationship with his mother. He reported having 4 siblings. He described his family as being supportive. He reported being physically abused by his mother's boyfriend from the age of 7 until his teen years. He described being hit with cords, brushes and being pinned down. He reported being sexually abused by a male teacher for one semester at age 10. He reported witnessing his mother being stabbed by a boyfriend. He described his childhood as follows: "It was a very rough and difficult childhood. It was full of abuse, physical and sexual abuse". He described his life now saying that "It was good and then I met Erica. She was abusive to me". The defendant described his past relationships with women. He described his relationship with the mother of his 9-year-old as being a "rocky relationship. She was dealing with the death of her parents and took her anger out on me". He admitted the police were called several times for domestic violence. He described the relationship with the mother of his 16-year-old as also being "rocky". He also admitted that there was domestic violence in the relationship and the police were called several times. He reported that she stabbed him. He described his most recent relationship as being very abusive and stated, "It was a hurricane". He stated she had temper issues and would hit him with thing and call him names. He reported that he didn't know how to deal with her anger. He reported that he would try to restrain her but when the police were called, he would be accused of choking her. He reported that when he would put her out of the house, she would try to destroy the house and break the windows. He denied filing for a restraining order and admitted it was a mistake to not have filed. He reported being held down and robbed by gunpoint by his most recent girlfriend and her two brothers. The defendant admitted that his past relationships have been toxic but admitted he didn't know how to navigate a healthy relationship and made some mistakes.

**CLINICAL INTERVIEW**

The defendant was interviewed at the Hernando County jail located in Brooksville, Florida. He was dressed in an orange jail uniform and was appropriately groomed. He was alert, oriented, and cooperative and responded to all the questions that were presented to him. His thoughts were clear, linear and coherent and goal directed. His intelligence appeared to be within the low average range. His judgment, coping skills and reasoning abilities appeared to be impaired. He had good eye contact. He appeared to have poor insight and judgment.

The defendant described his appetite as "good", sleeping 12 hours and mood as "relaxed". He denied experiencing any current suicidal/homicidal ideation or having made a past attempt.

Re: Jessie Taylor
Page 3

**CLINICAL INTERVIEW cont.**

The defendant denied being hospitalized for mental health reasons. He denied having a past mental health history to include outpatient mental health treatment or medication management. He reported that he has been prescribed psychotropic medication by the jail's mental health staff and has been on the medication since August 2024. The defendant reported being very emotional after his arrest. He described being depressed and constantly crying once incarcerated. He also admitted experiencing sleep disturbance. He denied experiencing symptoms suggestive of mental illness such as visual/auditory hallucinations, paranoia, depression, anxiety, mood swings, problems concentrating or nightmares currently. However, he admitted experiencing flashbacks, recurrent thoughts and guilt feelings regarding his past physical and sexual abuse. He also admitted experiencing regret related to his current charges.

**MEDICAL RECORDS**

A review his jail medical records document the defendant is being prescribed Aripiprazole 10 mg and Sertraline 25 mg for his mood and psychotic symptoms. He is compliant with his medication. A progress note dated 8/20/24 described the defendant as labile, appearing distracted, rocking during the encounter and having an intense stare. The defendant endorsed visual hallucinations that speak to him. The records document the defendant provided a history of bipolar disorder.

**SCHOOL RECORDS**

The defendant's school records were reviewed. He received several out of school and in school suspensions, detentions and conferences because of behavioral issues. He had 0/24 high school credits as of 10/17/24. He was academically promoted with 0 credits earned during elementary school. He has a withdrawal date of 4/24/98 from Leto High School.

**SUBSTANCE ABUSE HISTORY**

The defendant admitted having a history of misusing alcohol and cannabis. He started using alcohol as a teenager and drank a fifth 4 times weekly. He started using cannabis at age 9 and used ¼ ounce daily. He described alcohol as his drug of choice and admitted being addicted to both substances. He has been attending AA classes in jail. He denied being involved in formal substance abuse treatment.

**CONCLUSIONS AND RECOMMENDATIONS**

In summary, the defendant is a 43-year-old male who is currently being prescribed Aripiprazole and Seroquel to manage his mental health symptoms by the jail's mental health staff. He has endorsed symptoms consistent with mood, anxiety and psychotic disorders. He has a long history of physical and sexual abuse as well as being involved in several domestic violence relationships.

Re: Jessie Taylor
Page 4

**CONCLUSIONS AND RECOMMENDATIONS cont.**

Being that the defendant remained untreated for his mental health issues for so long, his judgment and decision making was negatively affected. Based upon his mental health and substance misuse history, the defendant meets the criteria for a dual disorder and would benefit from a referral to the Residential Drug Abuse Program (RDAP) if incarcerated or a community program such as the Salvation Army, DACCO, the Cove or Phoenix House. Should the defendant be referred to a substance misuse treatment program, it should incorporate regular urine screens, coping skills training and strategies aimed at relapse prevention. The defendant would also benefit from therapies to address his mood disorder and should continue with his psychotropic medication regimen.

**Diagnostic Impression:**

Psychotic Disorder, unspecified; PTSD; History of Bipolar Disorder; Adjustment Disorder with mixed anxiety and depression; Intellectual Disability, mild; Cannabis Use Disorders in remission in a controlled environment; Alcohol related Disorders in remission in a controlled environment


Thank you for letting me consult on this very interesting case.

Sincerely,

D. A. Goldsmith, Ph.D.

Debra A. Goldsmith, Ph.D.
Licensed Clinical Psychologist